**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4077

_____

| | |
|---|---|
| John G. Overton, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Kenneth S. Apfel, Commissioner of | * District of Minnesota |
| Social Security,* | * |
| | * {UNPUBLISHED} |
| Appellee. | * |

_____

Submitted: October 31, 1997
Filed: November 14, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

John G. Overton, Jr., appeals from the final judgment of the United States District Court[1] for the District of Minnesota, affirming the decision of the

---

*Kenneth S. Apfel has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Fed. R. App. P. 43(c).

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

Commissioner of Social Security to deny Overton supplemental security income benefits. After reviewing the record and the parties' submissions, we conclude the Commissioner's decision is supported by substantial evidence on the record as a whole. <u>See</u> <u>Piepgras v. Chater</u>, 76 F.3d 233, 236 (8th Cir. 1996) (standard of review). We further conclude the district court did not abuse its discretion in not considering the new evidence Overton sought to introduce showing that his condition had deteriorated. To be considered, any new evidence must pertain to the time period for which benefits are sought, and not concern later-acquired disabilities or a subsequent deterioration of a previously non-disabling condition. <u>See</u> <u>Jones v. Callahan</u>, 122 F.3d 1148, 1154 (8th Cir. 1997). Here, the evidence showed a deterioration of Overton's condition after the date of the Commissioner's final decision, and thus was not material, although it may be considered in a new application for benefits.

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-